52175. CHAMBERS v. LOWE'S OF DORAVILLE, INC. et al.

WEBB, Judge.
The interlocutory order appealed from here was entered after July 1, 1975, the effective date of the interlocutory appeal procedure Act (Ga. L. 1975, p. 757;

Code Ann. § 6-701 (a) 2). Since that procedure has not been followed the appeal must be dismissed. *Taylor v. McBerry,* 138 Ga. App. 593.

*Appeal dismissed. Deen, P. J., and Quillian, J., concur.*

ARGUED MAY 5, 1976 — DECIDED MAY 12, 1976.

*Gibson Dean, II, H. Patterson Garner,* for appellant.
*Barry B. McGough, William H. Lawson, Horton J. Greene,* for appellees.